**Electronically Filed
Supreme Court
SCWC-17-0000248
31-JUL-2018
02:34 PM**

SCWC-17-0000248

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF CWALT, INC.,
ALTERNATIVE LOAN TRUST 2007-15CB, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-15CB,
Respondent/Plaintiff-Appellee,

vs.

GALILEE MARAEA LANIAKEA CHEE,
Petitioner/Defendant-Appellant,

and

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
BANK OF AMERICA, N.A.,
Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000248; CIVIL NO. 14-1-1343)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's application for writ
of certiorari, filed on June 18, 2018, is hereby rejected.

DATED: Honolulu, Hawai'i, July 31, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

